UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00156-MR

| | |
|---|---|
| AUSTIN REID PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU CLAWSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's letter to the Clerk [Doc. 24], which the Court construes as a motion to serve subpoena.

Pro se Plaintiff Austin Reid Pittman ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Central Prison in Raleigh, North Carolina. On October 19, 2022, he filed this action pursuant to 42 U.S.C. § 1983 against Defendant FNU Clawson, identified as a Correctional Sergeant at Alexander Correctional Institution, claiming Defendant Clawson violated his Eighth Amendment rights through the use of excessive force. [Doc. 1]. Plaintiff's Complaint survived initial review and the Court recently entered a Pretrial Order and Case Management Plan. [Docs. 8, 22].

Now before the Court is Plaintiff's letter to the Clerk's office in which Plaintiff requests a subpoena to obtain medical records from the Catawba

Valley Medical Center. [Doc. 24]. Plaintiff states he has tried to obtain these records without a subpoena, but he has been unsuccessful. [Id.]. Plaintiff also asks the Court with assistance in serving the subpoena because he is indigent. [Id.]. The Court will grant Plaintiff's motion, direct the Clerk to issue the subpoena, and order the U.S. Marshal to serve it on Plaintiff's behalf.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 24] is **GRANTED** and the Clerk is instructed to issue a subpoena to Plaintiff for his use in obtaining his medical records.

**IT IS FURTHER ORDERED** that, once Plaintiff returns the completed subpoena to the Clerk, the U.S. Marshal shall serve the subpoena for the Plaintiff in accordance with Rule 45(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Signed: May 1, 2023

Martin Reidinger
Chief United States District Judge