UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00156-MR

| AUSTIN REID PITTMAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| FNU CLAWSON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion Requesting Leave to Propound Additional Interrogatories and Requests for Admissions to Defendant, [Doc. 33], which the Court construes as a motion to amend the Pretrial Order and Case Management Plan in this case.

Pro se Plaintiff Austin Reid Pittman ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Central Prison in Raleigh, North Carolina. On October 19, 2022, he filed this action pursuant to 42 U.S.C. § 1983 against Defendant FNU Clawson, identified as a Correctional Sergeant at Alexander Correctional Institution, claiming Defendant Clawson violated his Eighth Amendment rights through the use of excessive force. [Doc. 1]. Plaintiff's Complaint survived initial review and the Court entered a Pretrial Order and Case Management Plan (PTOCMP). [Docs. 8, 22]. The PTOCMP

in this case currently provides that each party "may propound no more than **twenty (20) single part** interrogatories; may propound no more than **twenty-five (25) requests for admission**; and take no more than **six (6)** depositions of fact witnesses." [Doc. 22 at 2]. Plaintiff now moves for 15 additional interrogatories and 15 additional requests for admission. [Doc. 33]. As grounds, Plaintiff states that he is "indigent and has no means to conduct oral or written depositions which puts [him] at a significant disadvantage as it pertains to Discovery." [Id. at 1]. The Court will allow Plaintiff's motion to amend the PTOCMP.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion [Doc. 33] is **GRANTED** and Plaintiff shall be allowed to propound an additional **fifteen (15) single part** interrogatories and **fifteen (15)** requests for admissions on Defendant Clawson.

**IT IS SO ORDERED**.

Signed: June 19, 2023

Martin Reidinger
Chief United States District Judge

2

Case 5:22-cv-00156-MR   Document 36   Filed 06/20/23   Page 2 of 2