**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:22-cv-00156-MR**

| | |
|---|---|
| **AUSTIN REID PITTMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  <u>**ORDER**</u> |
| | ) |
| | ) |
| **FNU CLAWSON,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

      **THIS MATTER** is before the Court on Defendant's Motion to File Exhibits Manually.  [Doc. 89].

      For the reasons stated in Defendant's motion,

      **IT IS HEREBY ORDERED** that Defendant's motion [Doc. 89] is **GRANTED.**  Defendant shall mail the Exhibit(s) to the following address for docketing:

      U.S. District Court, Asheville Division
      Western District of North Carolina
      100 Otis Street, Room 309
      Asheville, NC 28801

      **IT IS FURTHER ORDERED** that within ten (10) days of this Order Defendant shall make a copy of the video footage Exhibit(s) available for viewing by Plaintiff through the staff at the facility at which Plaintiff is currently

housed if the video has not been previously made available to Plaintiff for viewing.

**IT IS SO ORDERED**.

Signed: June 10, 2024

Martin Reidinger
Chief United States District Judge