IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00156-MR

| | |
|---|---|
| AUSTIN REID PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JEFFREY CLAWSON, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

This matter is before the undersigned following a telephonic judicial settlement conference, which was conducted on November 14, 2024.

For the reasons discussed with all participants and to give the parties an opportunity to engage in additional settlement discussions directly, the conference is **RECESSED.**

The parties shall file, on or before **December 16, 2024**, a joint report advising of the status of this matter including, for example, whether they have reached an agreement on all issues, have determined that additional settlement discussions would not be productive and believe that an impasse should be declared, or have made progress toward an agreement but request that the judicial settlement conference be reconvened with the undersigned (and, if so, whether such conference should be expanded to include any other pending cases).

1

It is so ordered.

Signed: November 14, 2024

W. Carleton Metcalf
United States Magistrate Judge