IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:22-cv-00156-MR

| | | |
|---|---|---|
| AUSTIN REID PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JEFFREY CLAWSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In light of the parties' reports, which were filed on November 27, 2024 and December 17, 2024 respectively, the judicial settlement conference remains in recess and the parties are **DIRECTED TO FILE** a joint report regarding the status of their settlement discussions, as described by the undersigned's order of November 14, 2024, on or before January 3, 2025.

It is so ordered.

Signed: December 17, 2024

W. Carleton Metcalf
United States Magistrate Judge